NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000381
27-JUL-2018
07:53 AM

NO. CAAP-15-0000381

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
STEPHEN L. PAULMIER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-CR NO. 14-1-0101)

ORDER OF CORRECTION
(By: Ginoza, Chief Judge, for the court[1])

The Memorandum Opinion of the Court entered on July 20, 2018, is hereby corrected as follows: on the last page, in the attorney credit section, the Deputy Prosecutor's last name should be corrected, such that Plaintiff-Appellee's counsel is stated as follows:

Sylvia Wan,
Deputy Prosecuting Attorney,
County of Hawaiʻi,
for Plaintiff-Appellee.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, July 27, 2018.

Chief Judge

---

[1]    Ginoza, Chief Judge, Leonard and Reifurth, JJ.